| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Billy R. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>11/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>600 West Capitol Avenue, Suite A403<br>Little Rock, AR 72201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Hendrix College |
| 2. | Board Member | Forester Historical Society |
| 3. | Chair | Eighth Circuit Jury Instruction Committee |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEABOTA | April 13, 2012 - April 15, 2012 | New Orleans, LA | Association Meeting | transportation, lodging and meals |
| 2. | East Texas ABOTA | April 28, 2012 - April 29, 2012 | Mt. Pleasant, TX | Association Meeting | transportation, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Judge David Bramlette | Paso Fino Filly | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mastercard - balance is normally paid at the end of every month | Credit Card | J |
| 2. | American Express - balance paid at the end of every month | Credit Card | J |
| 3. | Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance Bernstein Sm Cap Growth | B | Distribution | J | T | Distributed (part) | 01/26/12 | K | A | |
| 2. ------ | | None | K | T | Buy (add'l) | 01/27/12 | K | | |
| 3. ------ | | None | K | T | Distributed (part) | 07/09/12 | K | A | |
| 4. ------ | | None | K | T | Buy | 07/27/12 | K | | |
| 5. ------ | | None | K | T | Distributed (part) | 09/25/12 | K | A | |
| 6. Money Market | | None | K | T | Buy | 07/27/12 | K | | |
| 7. ------ | | None | | | Sold | 09/25/12 | K | A | |
| 8. GAMCO Small Co Value | B | Distribution | J | T | Distributed (part) | 01/26/12 | J | A | |
| 9. ------ | | None | K | T | Buy (add'l) | 01/27/12 | K | | |
| 10. ------ | | None | K | T | Buy (add'l) | 07/9/12 | K | | |
| 11. ------ | | None | K | T | Buy (add'l) | 07/27/12 | K | | |
| 12. Hugoton Royalty Trust | | None | J | T | | | | | |
| 13. International Growth of MFS Investment Management | C | Distribution | J | T | Distributed (part) | 01/26/12 | K | A | |
| 14. ------ | | None | J | T | Buy (add'l) | 07/9/12 | J | | |
| 15. ------ | | None | | | Sold | 07/27/12 | J | A | |
| 16. ------ | | None | J | T | Buy | 09/25/12 | J | | |
| 17. Mid Cap Index | | None | K | T | Buy | 09/25/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Mid Cap Growth | C | Distribution | K | T | Distributed (part) | 01/26/12 | K | A | |
| 19. ------- | | None | K | T | Sold (part) | 07/9/12 | K | A | |
| 20. ------- | | None | K | T | Buy (add'l) | 07/27/12 | K | | |
| 21. ------- | | None | | | Sold | 09/25/12 | K | A | |
| 22. Oppenheimer Global | C | Distribution | J | T | Distributed (part) | 01/27/12 | J | A | |
| 23. ------- | | None | J | T | Sold (part) | 07/9/12 | J | A | |
| 24. ------- | | None | | | Sold | 07/27/12 | J | A | |
| 25. ------- | | None | J | T | Buy | 09/25/12 | J | | |
| 26. T. Rowe Price Growth Stock | | None | K | T | Buy | 07/09/12 | K | | |
| 27. ------- | | None | K | T | Sold (part) | 07/27/12 | K | A | |
| 28. ------- | | None | K | T | Sold (part) | 09/25/12 | K | A | |
| 29. Van Kampen Comstock | B | Distribution | | | Sold | 01/26/12 | J | A | |
| 30. Wells Fargo Omega Advantage Omega Growth | C | Distribution | K | T | Distributed (part) | 01/26/12 | K | A | |
| 31. ------- | | None | K | T | Sold (part) | 07/09/12 | K | A | |
| 32. ------- | | None | K | T | Sold (part) | 07/27/12 | K | A | |
| 33. ------- | | None | K | T | Sold (part) | 09/25/12 | K | A | |
| 34. Lion Oil | C | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Endeavor Oil | A | Royalty | J | W | | | | | |
| 36. H. M. Berg (lease) | A | Rent | | | Open | 08/07/12 | J | A | Ouachita County, AR |
| 37. Giles Land Team (lease) | A | Rent | J | W | Expired | 08/06/12 | J | A | Ouachita County, AR |
| 38. Artio Global High Income Fund Class A | | None | J | T | Buy (add'l) | 12/26/12 | J | | |
| 39. Blackrock Low Duration Fund BLK Class | | None | J | T | Buy (add'l) | 02/1/12 | J | | |
| 40. ------ | | None | J | T | Buy (add'l) | 03/01/12 | J | | |
| 41. ------ | | None | J | T | Buy (add'l) | 04/01/12 | J | | |
| 42. ------ | | None | J | T | Buy (add'l) | 05/01/12 | J | | |
| 43. ------ | | None | J | T | Buy (add'l) | 06/01/12 | J | | |
| 44. ------ | | None | J | T | Buy (add'l) | 07/01/12 | J | | |
| 45. ------ | | None | J | T | Buy (add'l) | 08/01/12 | J | | |
| 46. ------ | | None | J | T | Buy (add'l) | 09/01/12 | J | | |
| 47. ------ | | None | J | T | Buy (add'l) | 10/01/12 | J | | |
| 48. ------ | | None | J | T | Buy (add'l) | 11/01/12 | J | | |
| 49. ------ | | None | J | T | Buy (add'l) | 12/01/12 | J | | |
| 50. ------ | | None | | | Sold | 12/27/12 | J | A | |
| 51. Columbia Acorn International Fund Class A | | None | J | T | Sold (part) | 12/26/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge and Cox International Stock Fund | | None | J | T | Sold (part) | 12/27/12 | J | A | |
| 53. ETF SPDR DJREIT | | None | J | T | Buy (add'l) | 12/26/12 | J | | |
| 54. Fidelity Advisors New Insight I | | None | K | T | Sold (part) | 05/31/12 | J | C | |
| 55. Goldman Sachs Growth Opportunity Fund Inst Shrs | | None | K | T | Sold (part) | 12/26/12 | J | A | |
| 56. Invesco Con. Secs CL Y | | None | J | T | Buy (add'l) | 12/26/12 | J | | |
| 57. IShares Barclays Tips Bond Fund | | None | J | T | | | | | |
| 58. IShares Trust Russell | | None | K | T | | | | | |
| 59. J. P. Morgan Mid-Cap Value | | None | K | T | Buy | 09/21/12 | J | | |
| 60. ------ | | None | K | T | Buy (add'l) | 12/26/12 | K | | |
| 61. Loomis Sayles Global Bond | | None | J | T | Buy (add'l) | 12/26/12 | J | | |
| 62. Oppenheimer Developing Markets CL Y | | None | K | T | Buy (add'l) | 12/26/12 | K | | |
| 63. Oppenheimer Discovery Fund | | None | K | T | Buy | 09/26/12 | K | | |
| 64. ------ | | None | K | T | Buy (add'l) | 12/26/12 | K | | |
| 65. Perkins Mid Cap Value Fund Class T - formerly Janus Mid Cap | | None | | | Sold | 09/21/12 | K | B | |
| 66. Pimco Total Return Fund Class A | | None | J | T | Buy (add'l) | 12/26/12 | J | | |
| 67. Princeton Futures Strategy | | None | J | T | Buy | 06/22/12 | J | | |
| 68. ------ | | None | K | T | Buy (add'l) | 12/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royce Total Return Fund Investment Class | | None | K | T | Buy (add'l) | 12/26/12 | K | | |
| 70. Sentinel Small Company Fund Class I | | None | | | Sold | 09/21/12 | K | A | |
| 71. Van Eck Global Hard Assets Fund CL A | | None | | | Sold | 06/22/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 11/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Service for positions listed in I. are not paid positions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilson, Billy R. | 11/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Billy R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544